ACCEPTED
06-15-00044-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/21/2015 4:13:03 PM
DEBBIE AUTREY
CLERK

**Cause No. 06-15-00044-CV**

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/21/2015 4:13:03 PM
DEBBIE AUTREY
Clerk

BURLINGTON RESOURCES OIL & GAS COMPANY, LP,

*Appellant,*

V.

PETROMAX OPERATING CO., INC., WOODBINE ACQUISITION, LLC,
PETRO TEXAS, LLC, CH4 ENERGY II, LLC , AND
TEXCAL ENERGY SOUTH TEXAS, L.P.,

*Appellees.*

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Jeffery C. Lewis, of the law firm of ATCHLEY, RUSSELL, WALDROP & HLAVINKA, LLP, and hereby enters his appearance as additional counsel for WOODBINE ACQUISITION, LLC n/k/a MD AMERICA ENERGY, LLC, Appellee herein. All parties hereto take notice of this appearance.

Respectfully submitted,

BY: /S/ *Jeffery C. Lewis*

    Jeffery C. Lewis
    State Bar No. 12280950
    jlewis@arwhlaw.com

ATCHLEY, RUSSELL, WALDROP & HLAVINKA, LLP
1710 Moores Lane
Texarkana, Texas 75503
Phone: 903-792-8246
Fax: 903-792-5801

    Greg W. Curry
    State Bar No. 05270300
    greg.curry@tklaw.com

    Richard B. Phillips, Jr.
    State Bar No. 24032833
    rich.phillips@tklaw.com

    Gregory D. Binns
    State Bar No. 24027148
    greg.binns@tklaw.com

THOMPSON & KNIGHT, LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214-969-1700
Fax: 214-969-1751

**COUNSEL FOR APPELLEE**
**WOODBINE ACQUISITION, LLC**
**N/K/A MD AMERICA ENERGY LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2015, a true and correct copy of the above and foregoing Notice of Appearance as Additional Counsel was forwarded to all counsel by the Electronic Service Provider, if registered, otherwise by email, as follows:

Kirsten M. Castañeda
kcastaneda@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON
  & TOWNSEND LLP
4925 Greenville Avenue, Suite 510
Dallas, TX 75206

John R. Mercy
jmercy@texarkanalawyers.com
MERCY CARTER TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX 75503

Vincent L. Marable III
trippmarable@sbcglobal.net
PAUL WEBB, P.C.
221 N. Houston Street
Wharton, TX 77488

Roger D. Townsend
rtownsend@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON
  & TOWNSEND LLP
1844 Harvard Street
Houston, TX 77008

Fred Hagans
fhagans@hagans-law.com
Kendall C. Montgomery
kmontgomery@hagans-law.com
HAGANS BURDINE MONTGOMERY
  & RUSTAY, P.C.
3200 Travis, Fourth Floor
Houston, TX 77006

*Counsel for Appellant,*
*Burlington Resources Oil & Gas Company LP*

BECK REDDEN LLP

David J. Beck
dbeck@beckredden.com
David M. Gunn
dgunn@beckredden.com
Thomas E. Ganucheau
tganucheau@beckredden.com
Jim Taylor
jtaylor@beckredden.com
1221 McKinney, Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

*Counsel for Appellees,*
*PetroMax Operating Co., Inc.,*
*Petro Texas LLC, and*
*CH4 Energy II, LLC*

CANTEY HANGER LLP

Brad D'Amico
bd@canteyhanger.com
1999 Bryan Street, Suite 3300
Dallas, TX 75201
(214) 978-4100
(214) 978-4150 (Fax)

*Counsel for Appellee,*
*PetroMax Operating Co., Inc.*

HANKINSON LLP

Deborah G. Hankinson
dhankinson@hankinsonlaw.com
Stephanie Dooley Nelson
snelson@hankinsonlaw.com
750 North St. Paul Street, Suite 1800
Dallas, Texas 75201
(214) 754-9190
(214) 754-9140 (Fax)

PIERCE & O'NEILL, LLP

Jesse R. Pierce
jpierce@pierceoneill.com
Brian K. Tully
btully@pierceoneill.com
4203 Montrose Boulevard
Houston, Texas 77006
(713) 634-3600
(713) 634-3601 (Fax)

*Counsel for Appellee,*
*TexCal Energy South Texas, LP*

/S/ *Jeffery C. Lewis*
Jeffery C. Lewis